346 A.2d 304

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jerry McNEILL, Appellant.**

Supreme Court of Pennsylvania.

Oct. 30, 1975.

Charles F. G. Smith, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Marianne E. Cox, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM:

Order affirmed.